UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

Peter Wasserman,

                      Plaintiff,                    **ORDER**

        -against-                      20 Civ. 3482 (VB)(AEK)

Andrew M. Saul,
*Commissioner of Social Security Administration*,

                      Defendant.
--------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

This case was reassigned to the undersigned on October 19, 2020. On October 21, 2020, Defendant filed the Administrative Record, triggering the 60-day period for Plaintiff to file a motion for judgment on the pleadings. ECF No. 12; *see also* ECF No. 4 ("[I]n cases where plaintiff is represented by counsel, the plaintiff shall file a motion for judgment on the pleadings within 60 days of the date on which the defendant files the certified transcript of the administrative proceedings . . . ."). To date, Plaintiff has not filed a motion, even though the December 21, 2020 deadline passed more than three weeks ago. Plaintiff is hereby directed to submit a letter to the Court on or before January 21, 2021 to explain the delay and, if appropriate, to seek a *nunc pro tunc* extension of the filing deadline. If Plaintiff does seek an extension, the application must include a statement of Defendant's position regarding that request.

The Court reiterates the admonition issued by the Honorable Vincent Briccetti in his September 3, 2020 order in this matter (ECF No. 10): **the Court's orders are not mere suggestions**.

Dated: January 14, 2021
       White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge