**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
PETER WASSERMAN,

                Plaintiff,                          20 **CIVIL** 3482 (VB)(AEK)

      -v-                                          **JUDGMENT**

KILOLO KIJAZAKI, Acting Commissioner
of Social Security,

                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 9, 2022, Plaintiff's objections are OVERRULED, and the R&R is adopted in its entirety as the opinion of the Court. Plaintiff's motion for judgment on the pleadings is DENIED. Defendant's cross-motion for judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
            August 11, 2022

                                                                    **RUBY J. KRAJICK**

                                                                    **Clerk of Court**
                                 **BY:**       *K. Mango*
                                                                    **Deputy Clerk**